UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MUZZAMIL ZAIDI,<br><br>*Defendant*. | No. 1:20-mj-163 |

**MOTION FOR *PRO HAC VICE* ADMISSION OF SABRINA P. SHROFF**

I, Kavya R. Naini, am a member of good standing of the bar of this Court. Pursuant to LCrR 44.1(d) of the rules of the United States District Court for the District of Columbia, the undersigned moves for the admission *pro hac vice* of attorney **Sabrina P. Shroff** to represent Defendant Muzzamil Zaidi and to appear and participate in proceedings in this Court in the above-captioned matter. I certify that I have reviewed Ms. Shroff's declaration in support of this motion, attached as Exhibit A. A proposed order granting the requested relief is attached as well.

    Respectfully submitted,

    */s/ Kavya Naini*
    Kavya R. Naini
    D.D.C. Bar No. D00490
    PUBLIC DEFENDER SERVICE
    633 Indiana Ave. N.W.
    Washington D.C., 20004
    T: 202-480-2529
    knaini@pdsdc.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Kavya Naini*
KAVYA R. NAINI
