# Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

        v.                        No. 1:20-mj-163

**MUZZAMIL ZAIDI**

**Declaration of Sabrina P. Shroff in Support of Motion for**
***Pro Hac Vice* Admission**

Pursuant to Local Criminal Rule 44.1(d) of the United States District Court for the District of Columbia, I, Sabrina P. Shroff, declare as follows:

1. My name is Sabrina P. Shroff. I serve as counsel for Mr. Muzzamil Zaidi

2. I am an attorney practicing law in New York with offices located at 233 Broadway, 23rd Floor, New York, 10010. My telephone number is 646-763-1490. My email address is sabrinshroff@gmail.com

3. I am a member in good standing of the Bar of New York. I am admitted to practice in the Southern and Eastern District Courts of New York. I am also admitted to practice before the United States Court of Appeals for the Second Circuit.

4. I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

5. I am not currently admitted to practice in the United States District Court for the District of Columbia.

6. I have not been admitted *pro hac vice* to practice in this Court within the last two (2) years.

7. I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia.

8. I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 29, 2020

/s/Sabrina Shroff
_____
Sabrina P. Shroff