UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | |
| | : | CASE NO. 20-CR-00181-1 (CRC) |
| MUZZAMIL H. ZAIDI | : | |
| | : | |
| | : | |
| | : | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant Muzzamil H. Zaidi, through his counsel, respectfully submits this motion, pursuant to 18 U.S.C. § 3142(c)(3), to modify certain conditions of his release. The United States Attorney's Office for the District of Columbia and Pretrial Services in the District of Columbia do not oppose this motion. Mr. Zaidi's grounds for seeking the requested relief are as follows:

1. Under the release conditions in place, Mr. Zaidi's "Brothers & mother must surrender passports to Pretrial Services." (Sept. 1, 2020 Order, 7(s)). They did so at the time the release conditions were entered.

2. Mr. Zaidi's mother—Feroza Zaidi—wishes to travel to Iraq for a religious pilgrimage during March 2022. She intends to leave for Iraq on Mach 12, 2022 and return on March 20, 2022. To do so, she would need the return of her passport.

3. The government has agreed that Pretrial Services may release Ms. Feroza Zaidi's passport for the proposed travel, subject to the following conditions: (a) she not visit any non-U.S. Embassies or Consulates without advance approval of the Court or Pretrial Services; (b) if she changes any aspect of her itinerary, she must immediately notify Pretrial Services; (c) she not engage in any conduct that would violate the International Emergency Economic Powers Act,

including the provision of goods, services, or monetary instruments to Iran, anyone ordinarily resident in Iran, or anyone affiliated with the government of Iran; and (d) she must re-surrender her passport within 24 hours of her return to the United States, or within 24 hours of learning that the trip has been canceled, should such an event occur.

4. Pretrial Services must be authorized by the Court to release the passport to Mr. Zaidi's counsel, Muhammad Faridi, Esq., or his agent, Leonardo Carvalho, a legal assistant at the undersigned counsel's law firm.

5. The United States Attorney's Office for the District of Columbia does not oppose the foregoing modification. Pretrial Services in the District of Columbia has informed the undersigned that it also does not oppose the foregoing modifications, but requests, to avoid any complications, that the individual to whom it can release the above-mentioned passport be specifically identified in the Court's Order.

6. A Proposed Order is attached to this motion.

WHEREFORE, Mr. Zaidi respectfully moves the Court order the release of the passport of Feroza Zaidi as set forth in paragraphs 1 through 4 of the Motion and grant him such other and further relief as the Court deems just and proper.

Dated: February 7, 2022

                                            Respectfully submitted,

                                            /s/ Muhammad U. Faridi

                                            PATTERSON BELKNAP WEBB & TYLER LLP
                                            Daniel S. Ruzumna (D.C. Bar No. 450040)
                                            Muhammad U. Faridi (Bar I.D. NY0429)
                                            1133 Avenue of the Americas
                                            New York, N.Y. 10036
                                            (212) 336-2000
                                            druzumna@pbwt.com
                                            mfaridi@pbwt.com

13343898

*Counsel for Muzzamil H. Zaidi*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same day a true and exact copy of MUZZAMIL ZAIDI'S UNOPPOSED MOTION TO MODIFY HIS CONDIIONS OF RELEASE was served via ECF to the United States Attorneys' Office at their email address of record and by electronic mail on the Pretrial Services Agency for the District of Columbia.

<u>*/s/ Muhammad U. Faridi*</u>

Counsel for Muzzamil H. Zaidi

13343898