UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 20-cr-181 (CRC) |
| v. | : | |
| | : | |
| MUZZAMIL ZAIDI | : | |
| | : | |
| and | : | |
| | : | |
| ASIM NAQVI, | : | |
| | : | |
| Defendants. | : | |

## MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e) as well as sealed materials, pursuant to the Protective Order issued by this Court on October 6, 2020 (ECF No. 28).

The United States conferred with counsel for the defendant regarding this motion and counsel has indicated that the United States may file this motion unopposed.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar 481052

By:   */s/Erik M. Kenerson*
    Erik M. Kenerson
    Jolie F. Zimmerman
    Assistant United States Attorneys
    Ohio Bar No. 82960
    D.C. Bar No. 465110
    United States Attorney's Office for the District of Columbia
    555 4th Street, N.W.
    Washington, DC 20530
    (202) 252-7201
    (202) 252-7220
    Erik.Kenerson@usdoj.gov
    Jolie.Zimmerman@usdoj.gov