UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                :
UNITED STATES OF AMERICA :
                                                :
           v                             :    CASE NO. 20-CR-00181-1 (CRC)
                                                :
MUZZAMIL H. ZAIDI         :
                                                :
_____ :


WAIVER OF APPEARANCE AT PRETRIAL STATUS
CONFERENCES AND HEARINGS

Defendant Muzzamil H. Zaidi, through his counsel, respectfully submits this wavier pursuant to Federal Rules of Criminal Procedure 43(b)(3).  Mr. Zaidi is currently subject to home detention and resides in the Houston, Texas area.  With respect to the above-captioned matter, Mr. Zaidi waives his right to be present at status conferences or hearings that involve only a question of law, scheduling issues, or discovery updates.

Dated: June 21, 2023

                                          Respectfully submitted,

                                          /s/ *Daniel S. Ruzumna*
                                          PATTERSON BELKNAP WEBB & TYLER LLP
                                          Daniel S. Ruzumna (D.C. Bar No. 450040)
                                          Muhammad U. Faridi (Bar I.D. NY0429)
                                          1133 Avenue of the Americas
                                          New York, N.Y. 10036
                                          (212) 336-2000
                                          druzumna@pbwt.com
                                          mfaridi@pbwt.com

                                          *Counsel for Muzzamil H. Zaidi*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same day a true and exact copy of MUZZAMIL ZAIDI'S WAIVER OF APPEARANCE AT PRETRIAL STATUS CONFERENCES AND HEARINGS was served via ECF to the United States Attorneys' Office at their email address of record and by electronic mail on the Pretrial Services Agency for the District of Columbia.

*/s/ Daniel S. Ruzumna*
Counsel for Muzzamil H. Zaidi