UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 1:20-cr-181 (CRC) |
| v. | : | |
| | : | |
| MUZZAMIL ZAIDI, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States and Defendant Muzzamil Zaidi ("Zaidi" or "Defendant") stipulate and agree that the following facts are true and accurate. These facts do not constitute all facts known to the parties concerning the charged offenses and covered conduct. This statement is being submitted by the parties to demonstrate that sufficient facts exist to establish that Defendant committed the offenses to which he is pleading guilty.

Beginning in or around December 2018, and continuing at least through December 2019, Defendant knowingly and willfully conspired to export and reexport, exported and reexported, and attempted to export and reexport goods (that is, U.S. currency) to Iran and to the office of the Supreme Leader of Iran, without having first obtained the required license from the Office of Foreign Assets Control ("OFAC"), which is located in the District of Columbia. In particular, Defendant and other conspirators collected money from persons residing in the United States and arranged to have that money transported to Iran without the required OFAC license.

**Statement of Facts**

**Overview**

From at least December 2018 to December 2019, Defendant and others collected, in the United States, (1) a religious tax equal to one-fifth of a person's unused annual income known as "khums" on behalf of several imams, including Ayatollah Ali Husseini Khamenei, the Supreme Leader of the Islamic Republic of Iran ("the Supreme Leader of Iran"); and (2) other funds in the form of U.S. dollars, and caused that money to be transported to Iran, including through Iraq and other countries. Defendant and other conspirators arranged for U.S. dollars collected in and exported from the United States to be received by the Supreme Leader of Iran's office in Iran and elsewhere in Iran. Defendant and other conspirators raised much of this money through a campaign that promised to provide humanitarian assistance in Yemen.

**Background on Defendant**

Muzzamil Zaidi was born in Pakistan in 1984. On January 20, 2005, Zaidi became a citizen of the United States. Zaidi worked in the banking industry, including as a banking center manager and branch manager, from approximately 2004 to 2014. From August 2014 until his arrest in this case in August 2020, Zaidi resided primarily in Qom, Iran, where he attended Al-Mustafa International University ("Al-Mustafa University"), a seminary. After Zaidi moved to Iran, he continued to travel to and from the United States. While in the United States, Zaidi has resided primarily in the Houston, Texas area.

**Details of the Conspiracy**

From at least December 2018 to December 2019, Islamic Pulse was a publicly available, multimedia website that hosted images, videos, and articles about Shia Islam and Iranian culture. Shia seminary students in Qom, Iran, including Zaidi and Defendant Ali Chawla, staffed or

otherwise supported Islamic Pulse. Islamic Pulse was not a registered charity and did not have a bank account.

On December 5, 2018, Zaidi received written permission to collect khums on behalf of the Supreme Leader of Iran. In particular, the handwritten letter, signed by Ayatollah Mohsen Araki, a member of the Assembly of Experts in Iran[1] and former personal representative of the Supreme Leader of Iran, stated:

In the Name of God

Hereby, it is proclaimed that the use of religious funds such as the blessed Share of the Imam, peace be upon Him, alms, and settlements of certain debts, is permissible for the purpose of helping the needy people of Yemen especially in their current difficult conditions where a large majority of the Yemeni Muslims lack shelter, are besieged and are under severe sanctions, and War and destruction of their houses and homeland have intensified their sufferings. May God reward this deed, and may it please the Vali-e Asr, our souls be a sacrifice to him.

Mohsen Araki

On February 28, 2019, Zaidi received a second written permission letter from Ayatollah Araki. The typewritten letter, signed by Araki, stated:

In the Name of God

For the purpose of informing the esteemed believers, and in reference to the permission from His Eminence Grand Ayatollah Khamenei ([illegible]) and His Excellency Grand Ayatollah Sistani ([illegible]) regarding the use of half of the Khoms, and in reference to the correspondence from His Excellency Ayatollah Araki, dated December 5, 2018, regarding the current difficult conditions of the majority of desolate Muslims of Yemen who are besieged and are under severe sanctions, the use of the religious funds such as the Share of Imam, peace be upon Him, and settlements of certain debts

---

[1] The Assembly of Experts is the deliberative body empowered to designate and dismiss the Supreme Leader of Iran. Members of the Assembly of Experts must be approved by the Supreme Leader of Iran before gaining membership.

to help the needy in Yemen through this office is permitted. We ask God's grace in the speedy deliverance of all sufferings for all the believers.

Mohsen Araki

Zaidi and his coconspirators worked together to collect and distribute the khums money in accordance with this authority. Islamic Pulse members asked that khums be provided in U.S. dollars.

On July 6, 2019, Islamic Pulse published an approximately five-minute long, English-narrated video titled "Islamic Pulse Funds Yemen (Campaign)" ("the IP Yemen Video"). The video was uploaded to Islamic Pulse's YouTube page around the same time.

The IP Yemen Video implored viewers to give khums or donations to Islamic Pulse's representatives, for its Yemen campaign that promised to help victims of the Yemeni civil war ("the Yemen Campaign"). The video claimed that the Yemen Campaign had collected close to $90,000 and that donations had come from multiple countries, including the United States, and transited Iran *en route* to Yemen. The video further stated that the Yemen Campaign had received permission to collect khums on behalf of the Supreme Leader of Iran, as well as on behalf of Ayatollah Sayyid Ali al-Husayni al-Sistani ("Sistani") and a third ayatollah. The video instructed viewers to send an email to an identified email account associated with Islamic Pulse if they wished to donate or contribute khums to the Yemen Campaign.

Zaidi and other conspirators enlisted friends, family members, and associates to transport money collected in the United States to Iran on at least four occasions. Zaidi and other conspirators intentionally caused each person to carry less than $10,000 out of the United States, to avoid the requirement to file a CMIR and/or law enforcement scrutiny.

One person enlisted to bring money from the United States to Iran was Person D. On August 13, 2019, Zaidi told co-defendant Asim Mujtaba Naqvi that Person D wanted to see Zaidi as Person D was leaving in a day or two. Zaidi asked Naqvi to find out how much money they wanted to send through Person D and to call Zaidi back right away.

On August 21, 2019, Zaidi spoke to Person D. Zaidi asked Person D how much money he could take to Iran. Person D replied that he was taking $3,000 of his own money. Zaidi said he would give Person D "six and a half" [$6,500] to take, which Person D agreed to do. The total amount Person D was to carry was thus $9,500. Person D left the United States for Iran on August 23, 2019, and returned to the United States on September 6, 2019.

On September 5, 2019, Person G told Zaidi that he had to give Zaidi khums in the amount of $6,200. Person G then said that [Person D] had just traveled to Iran. Zaidi told Person G that he had sent Person D "fully packed."

During the conspiracy, Defendant and other conspirators received official receipts stamped by the office of the Ayatollah Araki and/or the office of the Supreme Leader of Iran indicating the receipt of khums in varying amounts paid by and through Zaidi on specified dates. During the conspiracy, Defendant and other conspirators also received receipts for cash donations made to organizations in Iran; some of those receipts show that the donations were made in the name of Ayatollah Araki.

The GOI is a foreign power with which the United States has no formal diplomatic relations. The U.S. Secretary of State has named Iran a state sponsor of terrorism each year since 1984. The United States has imposed economic sanctions on Iran since 1995. More recently, on June 24, 2019, the President issued Executive Order No. 13,875 imposing additional sanctions on

the Supreme Leader of Iran and his office. Among other things, the sanctions prohibit the provision

of funds to, or for the benefit of, the Supreme Leader of Iran and his office.

At no time during the period from December 2018 through December 2019, did Zaidi

obtain the required license from Office of Foreign Assets Control to export or reexport goods to

Iran or to the Supreme Leader of Iran or to provide services to Iran or to the Supreme Leader of

Iran. Zaidi knew at the time he provided the services described above that it was unlawful for him

to do so.

## DEFENDANT'S ACKNOWLEDGMENT

The preceding statement is a summary made for the purpose of providing the Court with a
factual basis for my guilty plea to the charge against me. I make this statement knowingly and
voluntarily, and I stipulate and agree that this Statement of Offense concerning my actions is true
and accurate. I have read every page of this Statement of Offense and have discussed it with my
attorneys, Daniel Ruzumna and Muhammad U. Faridi. I am fully satisfied with the legal services
provided to me in connection with this plea. No threats have been made to me nor am I under the
influence of anything that could impede my ability to understand this Statement of Offense fully.

Date: 04/26/24

_____
Muzzamil Zaidi
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense and have reviewed it with my client fully. I concur
in my client's desire to adopt and stipulate to this Statement of Offense as true and accurate.

Date: April 29, 2024

_____
Daniel Ruzumna
Attorney for Defendant